EOD NOV-29 '0[?]

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| QUINTON B. CARLILE, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. 2:99cv00187 |
| vs. | § | TH/HWM |
| | § | |
| HIBERNIA CORPORATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court has been informed the above-entitled civil action has been amicably resolved. Therefore, all outstanding motions are denied as moot.

Accordingly, it is

ORDERED Defendants' Motion to Quash Deposition Notice of Stephen Hansel is denied as moot. (Doc. #45, part 1).

Further it is

ORDERED Defendants' Motion for Protective Order precluding the deposition of Stephen Hansel is denied as moot. (Doc. #45, part 2).

Further it is

ORDERED Defendants' Motion to Strike Alex Sheshunoff & Co. Investment Banking as expert for the Plaintiffs is denied as moot. (Doc. #52, part 1).

Further it is



ORDERED Plaintiffs' Motion to Compel is denied as moot. (Doc. #54, part 1).

Further it is

ORDERED Defendants' Motion to Compel Disclosure, Discovery and Privilege Log is denied as moot. (Doc. #57, part 1).

Further it is

ORDERED Plaintiffs' Motion to exclude untimely expert testimony is denied as moot. (Doc. #59, part 1).

SIGNED this 28th day of November, 2000.

_____
HARRY W. McKEE
UNITED STATES MAGISTRATE JUDGE